December 15, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY FLOOD CONTROL DISTRICT, Appellant

NO. 14-10-01040-CV                    V.

GREAT AMERICAN INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the order in favor of appellee, GREAT AMERICAN INSURANCE COMPANY, signed October 1, 2010, was heard on the transcript of the record. For the reasons stated in this court's opinion, we reverse the trial court's order denying appellant HARRIS COUNTY FLOOD CONTROL DISTRICT's second plea to the jurisdiction to the extent that the trial court refused to dismiss (1) appellee's equitable-subrogation claim in which it seeks recovery beyond what appellant owes under the Handex Contract, as that term is defined in this court's opinion, and (2) appellee's waste claim based upon appellant's allegedly negligent or wrongful conduct. We remand to the trial court with instructions to dismiss these two claims for lack of subject-matter jurisdiction. We affirm the remainder of the trial court's order. For good cause, we order both appellant and appellee to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.